

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/13/2008

| | | |
|---|---|---|
| In re: Khanh T. Tran | § | Case No. 08-35151-H1-13 |
| | § | |
| Debtor | § | Chapter 13 |
| | § | |

**ORDER TO THE EMPLOYER TO PAY THE CHAPTER 13 TRUSTEE**

ORDERED:

1. Channelview ISD, 1403 Sheldon Rd., Channelview Texas 77530 is ordered to pay $585.00 each pay period (bi-weekly pay period) out of the income of Khanh T. Tran to the chapter 13 trustee. Payments shall be made to:

    David G. Peake
    P.O. Box 2158
    Memphis, TN 38101-2158

2. These wage deductions shall continue until further order of this Court.

3. The chapter 13 trustee and the debtors shall each submit a copy of this order to the employer.

August 12, 2008

Marvin Isgur, United States Bankruptcy Judge

Submitted by:

Reese W. Baker

Baker & Associates

5151 Katy Freeway, Ste. 200

Houston, TX 77007

713-869-9200

Fax 713-869-9100

ATTORNEYS FOR THE DEBTOR(S)